By the Court
 

 This is not a case within the jurisdiction of • the Courts óf the United Státes.-.. The récord does not show, that the defendants were citizens of Georgia, nor are there any distinct allegations or averments, that the same was the fact, as to the stockholders in the bank.
 

 This, cause came on, &c., on consideration whereof, This Court is of opinion, that as the bill does not aver that the cor-porators of the Bank of the State of Georgia, which bank is defendant in the suit,- are citizens of the state of Georgia, the Circuit Court has no jurisdiction of the cause, and can grant no .relief. It is therefore .ordered to be certified to the Circuit Court, as the opinion of this Court, that, in 'the present state of, the pleadings, it not appearing that the defendants are citizens of. the state of Georgia, the complainants are not entitled to relief in that Court.